
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 22 2011

GREGORY C. LANGHAM
                    CLERK

Civil Action No. 11-cv-01522-BNB

TIMOTHY S. TUTTAMORE,

    Plaintiff,

v.

DR. ALLRED,
A. OSAGIE,
ADX WARDEN DAVIS,
M. SMITH, and
UNKNOWN UTILIZATION COMMITTEE MEMBERS,
    All in Their Official and Individual Capacities,

    Defendants.

## ORDER ASSIGNING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C., the court has determined that this case does not appear to be appropriate for summary dismissal and should be assigned to a district judge and to a magistrate judge. **See** D.C.COLO.LCivR 8.2D. Pursuant to D.C.COLO.LCivR 40.1C.1., the case will be assigned to Judge Marcia S. Krieger and to Magistrate Judge Kathleen M. Tafoya.

Accordingly, it is

ORDERED that this case shall be assigned to Judge Marcia S. Krieger pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Kathleen M. Tafoya.

DATED June 22, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01522-BNB

Timothy S. Tuttamore
Reg. No. 43018-060
Florence ADX
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on June 22, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk