IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01522–MSK–KMT

TIMOTHY S. TUTTAMORE,

    Plaintiff,

v.

DR. ALLRED,
A. OSAGIE,
ADX WARDEN DAVIS,
M. SMITH, and
UNKNOWN UTILIZATION COMMITTEE MEMBERS, all in their official and individual capacities,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

Plaintiff's "Motion Requesting Magistrate Kathleen M. Tafoya to immediately amend/reverse her August 10th 2011 order (Doc. #28) as it violate's [sic] Rule 72(B)(2) of the Federal Rules of Civil Procedure" (Doc. No. 29, filed August 18, 2011) is DENIED. If Plaintiff wishes to file an objection to an order issued by this court, he must entitle his document an "Objection to Magistrate Judge's Order."

Dated: August 22, 2011