IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01522–MSK–KMT

TIMOTHY S. TUTTAMORE,

    Plaintiff,

v.

DR. ALLRED,
A. OSAGIE,
ADX WARDEN DAVIS,
M. SMITH, and
UNKNOWN UTILIZATION COMMITTEE MEMBERS, all in their official and individual capacities,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion Requesting this Court to Preserve All Original Documents, Exhibits, Attachments Filed within Civil Action 11-cv-00044-BNB as They Go Hand-in-Hand with this Civil Complaint" (Doc. No. 32, filed Aug. 31, 2011) is **GRANTED** in part. All documents filed with the court are scanned into the Electronic Case Filing (ECF) system. As such, all document filed by Plaintiff in Case No. 11-cv-00044-BNB are preserved in that form.

Dated: September 2, 2011