IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01522–MSK–KMT

TIMOTHY S. TUTTAMORE,

    Plaintiff,

v.

DR. ALLRED,
A. OSAGIE,
ADX WARDEN DAVIS,
M. SMITH, and
UNKNOWN UTILIZATION COMMITTEE MEMBERS, all in their official and individual capacities,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Deny Extension of Time and/or Grant the Plaintiffs [sic] Motion for a TRO/Preliminary Injunction and/or the Plaintiff [sic] Motion for Default" (Doc. No. 49, filed Oct. 20, 2011) is DENIED as moot in light of the court's minute order granting in part Defendants' Second Motion for Extension of Time (Doc. No. 48, filed Oct. 12, 2011). Plaintiff's Motion for a Temporary Restraining Order and/or Preliminary Injunction, and Plaintiff's Motion for Default will be decided by the court once they have been fully briefed.

Dated: October 21, 2011