IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01522–MSK–KMT

TIMOTHY S. TUTTAMORE,

    Plaintiff,

v.

DR. ALLRED,
A. OSAGIE,
ADX WARDEN DAVIS,
M. SMITH, and
UNKNOWN UTILIZATION COMMITTEE MEMBERS, all in their official and individual capacities,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The parties' "Joint Motion to Stay Proceedings" (Doc. No. 66, filed Nov. 14, 2011) is GRANTED in part. The Scheduling Conference set for December 8, 2011 at 10:00 a.m. is VACATED. The parties shall file a Status Report no later than January 17, 2012 advising the court whether the Scheduling Conference should be reset.

Plaintiff's "Motion Requesting to Begin Discovery" (Doc. No. 65, filed Nov. 10, 2011) is DENIED. The parties' have agreed that the Scheduling Conference should be postponed; accordingly, discovery is also postponed. If the Scheduling Conference is reset, a discovery schedule will be set forth at that time.

Plaintiff's "Verified' Motion Showing Good Cause for an Extention [sic] of Time to Comply with CRS § 13-20-602 Cert. of Review" (Doc. No. 63, filed Nov. 4, 2011) is GRANTED in part. The time for Plaintiff to file a Certificate of Review, pursuant to Colo. Rev. Stat. § 13–20–602, is extended until further order of this court. Assuming that this matter is not resolved by Plaintiff's evaluation by an outside expert, the parties shall set forth in the Status Report to be filed on

January 17, 2012 an agreed-upon date by which Plaintiff must file the Certificate of Review contemplated by Colo. Rev. Stat. § 13-20-602.

Dated: November 14, 2011