IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01522–MSK–KMT

TIMOTHY S. TUTTAMORE,

    Plaintiff,

v.

DR. ALLRED,
A. OSAGIE,
ADX WARDEN DAVIS,
M. SMITH, and
UNKNOWN UTILIZATION COMMITTEE MEMBERS, all in their official and individual capacities,

    Defendants.

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on "Plaintiffs [sic] Motion for a TRO and/or Preliminary Injuction [sic] and/or Protective Order with a Legal Breif [sic] in Support." (Doc. No. 10, filed Nov. 14, 2011.) Plaintiff's motion seeks an order requiring Defendants to immediately "arrange for the plaintiff to be provided a physical examination and consultation by a certified licenced [sic] Urologist." (*Id.* at 6.)

The parties have indicated on November 14, 2011 that Plaintiff will be "evaluated by an outside expert to make a recommendation regarding Plaintiff's future medical needs" on or before January 17, 2012. (*See* Doc. No. 66.) Accordingly, Plaintiff's Motion for a TRO and/or Preliminary Injunction (Doc. No. 10) is DENIED without prejudice as moot. If necessary, Plaintiff may re-file his motion after the parties file their January 17, 2012 Status Report advising the court as to the status of this case in light of the outside expert's recommendation.

Dated: November 30, 2011