IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01522–MSK–KMT


TIMOTHY S. TUTTAMORE,

     Plaintiff,

v.

DR. ALLRED,
A. OSAGIE,
ADX WARDEN DAVIS,
M. SMITH, and
UNKNOWN UTILIZATION COMMITTEE MEMBERS, all in their official and individual
capacities,

     Defendants.

---

## <u>SECOND</u> ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE

---

The above captioned case has been referred to Magistrate Judge Kathleen M. Tafoya by
District Judge Marcia S. Krieger, pursuant to the Order of Reference dated June 29, 2011.  *See*
28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b).

It is hereby **ORDERED** that a Preliminary Scheduling Conference is set for **March 19,
2012,** at **10:00 a.m.,** in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse,
1929 Stout Street, Denver, Colorado.

The parties need not comply with the requirements of Fed. R. Civ. P. 16 and
D.C.COLO.LCivR 16.2. and 26.1.  The purpose of the initial conference is to consider the nature
and status of the case, the timing for filing of any motions, and what discovery, if any, will be
needed.

Plaintiff, or his/her case manager, shall arrange for his/her participation via telephone and shall call **(303) 335-2780** at the scheduled time.

Dated this 16th day of February, 2012.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge