IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01522–MSK–KMT

TIMOTHY S. TUTTAMORE,

    Plaintiff,

v.

DR. ALLRED,
A. OSAGIE,
ADX WARDEN DAVIS,
M. SMITH, and
UNKNOWN UTILIZATION COMMITTEE MEMBERS, all in their official and individual capacities,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion Requesting the Magistrate to Respond to Numerous Unresponded [sic] Motions" (Doc. No. 159, filed Sept. 26, 2012) is GRANTED in part. The following Motions were terminated pursuant to the Order (Doc. No. 128, filed May 4, 2012) administratively closing this case:

1. Plaintiff's "'Verified' Motion to Appoint Expert Witness and/or in the Alternative Reconsider Motion for Appoint of Counsel Doc. # 12 & 24 and/or in Alternative Deem Colo. Rev. Stat. § 13-20-602 as Constitutionally Invalid (Doc. No. 113, filed Apr. 5, 2012)

2. Plaintiff's "Verified' Motion for a Physical Examination" (Doc. No. 114, filed Apr. 6, 2012).

As this case has now been reopened, the Clerk of Court is directed to REINSTATE the motions

listed above. The court will issue rulings on these motions, as well as Plaintiff's "2nd Motion for an Appointment of Counsel" (Doc. No. 132, filed May 21, 2012), in due course.

Dated: October 1, 2012