# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kathleen M. Tafoya

**Civil Action No.** 11-cv-01522-MSK-KMT          FTR - Courtroom C-201

**Date:** October 24, 2012                                         Deputy Clerk, Nick Richards


TIMOTHY S. TUTTAMORE,                               Pro Se (by phone)

      Plaintiff,

v.

DR. ALLRED,                                                         J. Benedict Garcia
A. OSAGIE,                                                           Ben Brieschke
ADX WARDEN DAVIS,
M. SMITH, and
UNKNOWN UTILIZATION COMMITTEE
MEMBERS, all in their official and individual
capacities,

      Defendants.

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 1:35 p.m.**
Court calls case.  Appearances of counsel.

Motion Hearing called regarding Plaintiff's "Verified" Motion to Compel Discovery [Doc. No. 135, filed May 21, 2012] and Plaintiff's "Verified" Motion to Determine Sufficiency and/or Motion to Compel [Doc. No. 136, filed May 21, 2012].

Oral argument by Plaintiff.
Oral argument by Defendant.

It is **ORDERED**:     Plaintiff's "Verified" Motion to Determine Sufficiency and/or Motion to Compel [136] is **GRANTED** to the extent the Government is directed to provide a more complete response to each of Plaintiff's Requests for Admission. If the Request is denied, the Government must specify why the Request was denied.

                      The Government shall submit more complete responses on or before November 14, 2012.

The Court views a copy of the medical license of Dr. Allred in-camera and determines that Dr. Allred was licensed without interruption during the relevant time periods.

It is **ORDERED**:    Plaintiff's "Verified" Motion to Compel [135] is **GRANTED IN PART AND DENIED IN PART**.

The motion is **GRANTED IN PART** as to Interrogatory Nos. 12, 13, 14, 15, and 20 and Request for Production of Documents Nos. 8, 9, and 10. Defendants shall supplement their response with any health policies, guidelines, and other regulation standards with the American Correctional Association outlined in Interrogatory Nos. 12, 13, 14, and 15 and Requests for Production of Documents Nos. 8, 9, and 10 from 2009 through May 12, 2012.

Interrogatory No. 20 is revised to read as follows:

"With respect to each of the four named defendants, state whether, between 2009 and May 12, 2012, any of the four received an incentive of any kind for reducing the budget of the medical department at ADX Florence."

The motion is **DENIED** as to Interrogatory Nos. 4, 5, 6, 7, 16, 17, 18, and 19 and Requests for Production of Documents Nos. 2, 5, 6, 7, 12, and 13. Plaintiff is granted leave to submit two (2) more interrogatories in place of Interrogatory Nos. 16 and 17.

The motion is **GRANTED IN PART AND DENIED IN PART** as to Interrogatory Nos. 1, 2, 3, 8, 9, 10, and 11 and Request for Production of Documents Nos. 11 and 14. Interrogatory No. 1 is granted to the extent objections to production of documents in the custody of the Bureau of Prisons are overruled. Objections to documents in the custody of an entity other than the Bureau of Prisons or Bureau of Prisons staff are sustained.

Interrogatory Nos. 2 and 3 will be supplemented by Defendants stating the positions in question do not require a license.

As to Interrogatory Nos. 8, 9, 10, and 11, Defendants shall determine if there are further cases that require investigation and supplement responses if necessary.

As to Request for Production of Documents No. 11, Defendants shall supplement their response as to the BERM system and how that system operates.

> To the extent Dr. Allred had any communication with Dr. Harrigan, the request is proper and Defendants shall supplement as necessary.
>
> The Court notes for the record that Defendants are not required to create new discovery or run any databases in response to these Interrogatories and Requests for Production of Documents.
>
> Defendants shall supplement responses on or before November 21, 2012.

**Court in Recess: 4:02 p.m.**
Hearing concluded.
Total In-Court Time     02:27

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.