IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01522–MSK–KMT

TIMOTHY S. TUTTAMORE,

      Plaintiff,

v.

DR. ALLRED,
A. OSAGIE,
ADX WARDEN DAVIS,
M. SMITH, and
UNKNOWN UTILIZATION COMMITTEE MEMBERS, all in their official and individual capacities,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Clerk of Court Request 'Subpoena' Rule 45 Fed. R. Civ. P." (Doc. No. 176, filed Nov. 16, 2012) is GRANTED. Plaintiff appears to request a subpoena pursuant to Fed. R. Civ. P. 45(a)(3). Rule 45(a)(3) provides that the "clerk must issue a subpoena, signed but otherwise blank, to a party who requests it." Accordingly, the Clerk of Court is directed to send Plaintiff one subpoena, signed but otherwise blank.

Dated: November 27, 2012