IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01522–MSK–KMT

TIMOTHY S. TUTTAMORE,

    Plaintiff,

v.

DR. ALLRED,
A. OSAGIE,
ADX WARDEN DAVIS,
M. SMITH, and
UNKNOWN UTILIZATION COMMITTEE MEMBERS, all in their official and individual capacities,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendants' Motion for Leave to Take the Deposition of Bureau of Prisons Inmates Timothy S. Tuttamore" (Doc. No. 180, filed Nov. 30, 2012) is GRANTED. Pursuant to Fed. R. Civ. P. 30(a)(2)(B), the court hereby grants Defendants leave to take the Plaintiff's deposition in the Bureau of Prisons's (BOP) United States Penitentiary, Administrative Maximum ("ADX"), in Florence, Colorado, subject to subject to the provisions of D.C.COLO.LCivR 30.1 on deposition scheduling and the rules and regulations of the BOP and the facility.

Dated: November 30, 2012